# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TERRANCE BERNARD DAVIS,

        Petitioner,

v.                                        Case No. 07-C-674

JODIE DEPPISCH,

        Respondent.

## RULE 4 ORDER

The petitioner, Terrance Bernard Davis, who is currently incarcerated at Fox Lake Correctional Institution seeks a writ of habeas corpus pursuant to 28 U.S.C.§ 2254. The petition states that the petitioner was convicted of two counts of first-degree murder, two counts of carrying a concealed weapon and one count of possessing a controlled substance. By his petition, the petitioner challenges the November 16, 1985, judgment of conviction on the following grounds: (1) his being denied parole is the application of an *ex post facto law* in violation of the Constitution; and (2) his conviction violates double jeopardy.

Upon review of the petition, this court is satisfied the petitioner is "in custody" pursuant to the conviction he now challenges. The court is also satisfied that the grounds stated by the petitioner in the petition translate, at least colorably, into a violation of his rights under the United States Constitution. Moreover, it appears from the petition that the petitioner either exhausted his state court remedies or that there is no available state corrective process from which the petitioner can still seek a remedy.

Therefore, the court concludes that summary dismissal under Rule 4, Rules Governing Habeas Corpus Cases, is not appropriate since it does not plainly appear from "the face of the petition" that the petitioner is not entitled to relief. Consequently, the respondent will be called

upon to serve and file an answer, motion or other response to the petition for a writ of habeas corpus. After the respondent's answer, motion or other response has been served and filed, the court will enter orders as necessary to facilitate the orderly progression of this case to disposition.

## **ORDER**

**NOW, THEREFORE, IT IS ORDERED** that the respondent be and hereby is directed to serve and file an answer, motion or other response to the petition for a writ of habeas corpus no later than **September 17, 2007.**

The petitioner is hereby notified that, from now on, he is required, under Fed. R. Civ. P. Rule 5(a), to send a copy of every paper or document filed with the court to the respondent or the respondent's attorney. The petitioner should also retain a personal copy of each document. If the petitioner does not have access to a photocopy machine, the petitioner may send out identical handwritten or typed copies of any documents. The court may disregard any papers or documents which do not indicate that a copy has been sent to each respondent or to the respondent's attorney.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order and the file contents via the United States mail to Gregory M. Weber, Assistant Attorney General, Wisconsin Department of Justice, Office of Attorney General, P. O. Box 7857, Madison, Wisconsin 53701.

**IT IS ALSO ORDERED** that a copy of this order shall be mailed to the respondent.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2007.

>BY THE COURT:
>
>s/ Patricia J. Gorence
>PATRICIA J. GORENCE
>United States Magistrate Judge